# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| LAURENCE THOMAS BETHLEY | CIVIL ACTION |
|---|---|
| VERSUS | |
| STEPHEN WRIGHT, ET AL. | NO. 17-649-JWD-EWD |

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated August 3, 2018, to which no opposition was filed;

**IT IS ORDERED** that the Plaintiff's claims against Stephen and Jillian Wright only be dismissed for failure to timely serve these defendants, pursuant to Local Civil Rule 41(b)(1)(A).

**IT IS FURTHER ORDERED** that the Order of Dismissal provide, pursuant to Local Civil Rule 41(b)(3), that reinstatement of Plaintiff's claims against Stephen and Jillian Wright within thirty days shall be permitted upon a showing of good cause by the Plaintiff.

Signed in Baton Rouge, Louisiana, on <u>August 21, 2018</u>.

_____
JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA